IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| THOMAS FRANK SCHMIDT,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation; PROGRESSIVE UNIVERSAL INSURANCE COMPANY, a foreign corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 26-00180 MWJS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (FRCP 55(B)) |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (FRCP 55(B))**

Findings and Recommendation having been filed and served on all parties on

May 7, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United

States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "FINDINGS AND

RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

(FRCP 55(b))," Dkt. No. 12, filed on May 7, 2026, are adopted as the opinion and order

of this court.

IT IS SO ORDERED.

DATED:  May 28, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*Schmidt v. Progressive Casualty Insurance Company, et al.*; Civil No. 26-00180 MWJS-KJM;
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION
TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (FRCP 55(B))

2